## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia A. Valenza<br>        Francis J. Valenza<br><br>                        Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>                        Movant<br><br>             vs. | NO. 18-15383 AMC |
| Patricia A. Valenza<br>Francis J. Valenza<br><br>                        Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner<br><br>                        Trustee | |

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2007 TOYOTA AVALON, VIN:4T1BK36B97U199318  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  7th     day of November 2018.

_____

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Patricia A. Valenza
32 Mary Fran Drive
West Chester, PA 19382

Francis J. Valenza
32 Mary Fran Drive
West Chester, PA 19382

Sherri Dicks, Law Offices of Sherri R. Dicks, P.C.
P.O. Box 42251
Philadelphia, PA 19101

Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Dotelstown , PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532