United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Francis J. Valenza
Patricia A. Valenza
Debtors

Case No. 18-15383-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: PaulP Page 1 of 1 Date Rcvd: Nov 07, 2018
Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
db/jdb +Francis J. Valenza, Patricia A. Valenza, 32 Mary Fran Drive, West Chester, PA 19382-6380

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:
KEVIN G. MCDONALD on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
MICHAEL H KALINER on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
SHERRI DICKS on behalf of Joint Debtor Patricia A. Valenza shrdlaw@hotmail.com, shrdlaw@outlook.com
SHERRI DICKS on behalf of Debtor Francis J. Valenza shrdlaw@hotmail.com, shrdlaw@outlook.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia A. Valenza<br>Francis J. Valenza<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 18-15383 AMC |
| Patricia A. Valenza<br>Francis J. Valenza<br>Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner<br>Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2007 TOYOTA AVALON, VIN:4T1BK36B97U199318 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 7th day of November, 2018.

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Patricia A. Valenza
32 Mary Fran Drive
West Chester, PA 19382

Francis J. Valenza
32 Mary Fran Drive
West Chester, PA 19382

Sherri Dicks, Law Offices of Sherri R. Dicks, P.C.
P.O. Box 42251
Philadelphia, PA 19101

Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Dotelstown , PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532