United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15383-amc
Francis J. Valenza                                                      Chapter 7
Patricia A. Valenza
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Dec 14, 2018
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb        +Francis J. Valenza,     Patricia A. Valenza,     32 Mary Fran Drive,     West Chester, PA 19382-6380

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com
          SHERRI DICKS    on behalf of Joint Debtor Patricia A. Valenza shrdlaw@hotmail.com,
           shrdlaw@outlook.com
          SHERRI DICKS    on behalf of Debtor Francis J. Valenza shrdlaw@hotmail.com,   shrdlaw@outlook.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:                                                           : Chapter 7

Francis J. Valenza and Patricia A. Valenza          : Case No. 18−15383−amc
        Debtor(s)

***ORDER***

_____

    AND NOW, this day , December 14, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


           By The Court

           Ashely M. Chan
           Judge , United States Bankruptcy Court