United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15383-amc
Francis J. Valenza                                              Chapter 7
Patricia A. Valenza
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin            Page 1 of 2           Date Rcvd: Dec 14, 2018
                              Form ID: 318           Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db/jdb         +Francis J. Valenza,    Patricia A. Valenza,    32 Mary Fran Drive,    West Chester, PA 19382-6380
14181246        Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
14181247       +Best Buy Credit Services,    Attn: Customer Service,    P.O. Box 790441,
                 Saint Louis, MO 63179-0441
14181253       +Citadel Federal Credit Union,    P.O. Box 650,    Exton, PA 19341-0650
14181254       +Citi,   P.O. Box 6190,    Sioux Falls, SD 57117-6190
14181255        Citi Cards,    P.O. Box 9001016,    Louisville, KY 40290-1016
14181256        Citi Cards (Costco),    P.O. Box 790046,    Saint Louis, MO 63179-0046
14181260       +Law Offices of Sherri Dicks, P.C.,    P.O. Box 42251,    Philadelphia, PA 19101-2251
14181261       +NCUA - National Credit Union Admin.,    Attn: Bankruptcy Department,    1775 Duke Street,
                 Alexandria, VA 22314-6115
14210623       +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 15 2018 03:03:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 03:02:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2018 03:03:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14181250        EDI: CAPITALONE.COM Dec 15 2018 07:53:00      Capital One,    15000 Capital One Drive,
                 Richmond, VA 23238
14181249        EDI: CAPITALONE.COM Dec 15 2018 07:53:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14181248        EDI: CAPITALONE.COM Dec 15 2018 07:53:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14181251       +Fax: 602-659-2196 Dec 15 2018 03:43:23      Chex Systems, Inc.,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
14181252       +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 15 2018 03:03:57      Citadel,
                 Attn: Bankruptcy Department,    520 Eagleview Boulevard,    Exton, PA 19341-1119
14181257        EDI: RMSC.COM Dec 15 2018 07:53:00      Ebay Mastercasrd / Syncb,    P.O. Box 960080,
                 Orlando, FL 32896-0080
14181259        EDI: CBSKOHLS.COM Dec 15 2018 07:53:00      Kohl's,    P.O. Box 3043,    Milwaukee, WI 53201-3043
14181258        EDI: CBSKOHLS.COM Dec 15 2018 07:53:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
14181628       +EDI: PRA.COM Dec 15 2018 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14181263       +EDI: RMSC.COM Dec 15 2018 07:53:00      SYNCB / Home Dsgn CE / APP,    c/o P.O. Box 965036,
                 Orlando, FL 32896-0001
14181262        EDI: RMSC.COM Dec 15 2018 07:53:00      Sweetwater Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14181264        EDI: RMSC.COM Dec 15 2018 07:53:00      Synchrony Bank / Amazon,    P.O. Box 960013,
                 Orlando, FL 32896-6362
14181265       +EDI: TFSR.COM Dec 15 2018 07:53:00      Toyota Motor Credit Company,    P.O. Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2018
                                  Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              SHERRI   DICKS    on behalf of Joint Debtor Patricia A. Valenza shrdlaw@hotmail.com,
               shrdlaw@outlook.com
              SHERRI   DICKS    on behalf of Debtor Francis J. Valenza shrdlaw@hotmail.com,  shrdlaw@outlook.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Francis J. Valenza** | Social Security number or ITIN **xxx–xx–5188** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patricia A. Valenza** | Social Security number or ITIN **xxx–xx–0208** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18–15383–amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Francis J. Valenza                                         Patricia A. Valenza

12/13/18                                        **By the court:**  Ashely M. Chan
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2